# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00630-CV

### In re Texas Department of State Health Services

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relator Texas Department of State Health Services has filed a petition for writ of mandamus and an emergency motion for temporary relief pending disposition of its mandamus petition. We grant the motion for temporary relief, pending further order of this Court. We request that real party in interest file a response to the mandamus petition no later than October 3, 2016. The real party in interest may also address, in either its mandamus response or a separate, earlier filing, the advisability of our continuing the temporary relief pending our resolution of the mandamus petition.

It is ordered September 22, 2016.

Before Chief Justice Rose, Justices Goodwin and Bourland